**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**BERT MARTIN**                                                                                     **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 1:24-cv-124-TBM-RPM**

**CITY OF POPLARVILLE, MS**                                                         **DEFENDANT**

**JUDGMENT**

      This matter having come before the Court on the City of Poplarville's Motion for Summary Judgment [25], the Court, after a full review and consideration of the motion and the relevant legal authority, finds that in accordance with the Memorandum Opinion and Order entered this same day,

      IT IS ORDERED AND ADJUDGED that the City of Poplarville's Motion for Summary Judgment [25] is granted.

      This civil action is DISMISSED WITH PREJUDICE. This CASE is CLOSED.

      This, the 20th day of February, 2026.

_____
**TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE**
